UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALLAN MOORE, | Case No. 2:25-cv-00655-MMD-BNW |
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY CORONER, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Brenda N. Weksler recommending that this case be dismissed for Plaintiff Allan Moore's failure to update his address.[1] (ECF No. 6.) In light of Plaintiff's failure to provide an updated address, it is no surprise that he has not filed an objection to the R&R, although he had until June 18, 2025, to do so. The Court will adopt the R&R in full and dismiss this case.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, the Court finds Judge Weksler did not clearly err in recommending dismissal of this action in light of Plaintiff's failure to comply with her order to update his address as he is required to do under LR IA 3-1.

---

[1]The Court's last two orders were returned as undeliverable. (ECF Nos. 5, 7.)

It is therefore ordered that the Report and Recommendation of Magistrate Brenda N. Weksler (ECF No. 6) is accepted and adopted in full.

It is further ordered that this case is dismissed without prejudice.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

The Clerk of Court is further directed to enter judgment accordingly and close this case.

DATED THIS 1st Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE